UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW MAIN, *et al.*,

        Plaintiffs,                Civil No. 26-cv-11455
                                     Hon. Matthew F. Leitman

v.

THE CHARTER TOWNSHIP
OF WEST BLOOMFIELD,

        Defendant.

_____/

### ORDER TERMINATING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF No. 4)

For the reasons stated on the record during the virtual status conference on May 22, 2026, **IT IS HEREBY ORDERED** that Plaintiffs' pending Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 4) is **TERMINATED**.

    **IT IS SO ORDERED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  May 22, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2026, by electronic means and/or ordinary mail.

                                s/Holly A. Ryan
                                Case Manager
                                (313) 234-5126

1